UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In Re: Maribel Lopez                                        Case No: 14-29976-LMI
                                                            Chapter 13

_____Debtor_____/

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY,** that a true and correct copy of the Motion to Value and Determine Secured Status of Lien on Real Property on Chase Bank and Notice of Hearing was sent to all interested parties on October 28, 2014 as follows:

Electronically:

Nancy N. Niedich, Trustee

Via First Class Mail:

Debtor, Maribel Lopez
7430 W 15th Avenue
Hialeah, FL 33014-3825

JP Morgan Chase Bank
POB 24646
Columbus, OH 43224

JP Morgan Chase Bank
CT Corporation System, R.A.
1200 South Pine Island Road
Plantation, FL 33324


Via Certified Mail:

JP Morgan Chase Bank
c/o James L. Dimon, CEO
9200 Oakdale Avenue
Chatsworth, CA 91311

1

JP Morgan Chase Bank
c/o James L. Dimon, CEO
270 Park Avenue
New York, NY 10017

Chase Home Finance, LLC
c/o David B. Lowman, CEO
194 Wood Avenue South, 4th Floor
Iselin, NJ 08830

                                  Respectfully Submitted:

                                  **ROBERT SANCHEZ, P.A.**
                                  Attorney for Debtor
                                  355 West 49th Street
                                  Hialeah, FL 33012
                                  Tel. 305-687-8008

                                  By:*/s/ Robert Sanchez*_____
                                   Robert Sanchez, Esq., FBN#0442161

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In Re: Maribel Lopez                    Case No: 14-29976-LMI
                                        Chapter 13

_____Debtor_____/

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Motion to Value and Determine Secured Status of Lien on Real Property on Chase Bank and Notice of Hearing was sent to all interested parties on October 28, 2014 as follows:

Electronically:

Nancy N. Niedich, Trustee

Via First Class Mail:

Debtor, Maribel Lopez
7430 W 15th Avenue
Hialeah, FL 33014-3825

JP Morgan Chase Bank
POB 24646
Columbus, OH 43224

JP Morgan Chase Bank
CT Corporation System, R.A.
1200 South Pine Island Road
Plantation, FL 33324


Via Certified Mail:

JP Morgan Chase Bank
c/o James L. Dimon, CEO
9200 Oakdale Avenue
Chatsworth, CA 91311

1

JP Morgan Chase Bank
c/o James L. Dimon, CEO
270 Park Avenue
New York, NY 10017

Chase Home Finance, LLC
c/o David B. Lowman, CEO
194 Wood Avenue South, 4th Floor
Iselin, NJ 08830

                                  Respectfully Submitted:

                                  **ROBERT SANCHEZ, P.A.**
                                  Attorney for Debtor
                                  355 West 49th Street
                                  Hialeah, FL 33012
                                  Tel. 305-687-8008

                                  By:*/s/ Robert Sanchez*_____
                                   Robert Sanchez, Esq., FBN#0442161