## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ <u>Second</u> Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR**: MARIBEL LOPEZ**   JOINT DEBTOR: _____   CASE NO.: __14-29976__
Last Four Digits of SS# XXX-XX-2016   Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.   $ __246.34__ for months __1__ to __60__; in order to pay the following creditors:

<u>Administrative</u>: Attorney's Fee - $ 3,650.00+$775.00 (Motion to value)=4,425.00  TOTAL PAID $1,500.00
           Balance Due  $ 2,925.00  payable $ 195.00 /month (Months __1__ to __15__)

<u>Secured Creditors</u>: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1. __NONE__  Arrearage on Petition Date  $_____
Address:_____  Arrears Payment $_____/month (Months _____ to _____)
           Regular Payment $_____/month (Months _____ to _____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Chase Account No.1001000000000 | 7430 W 15th Avenue, Hialeah FL 33014-3825 Value:$189,029.00 Miami Dade County Property Appraiser Office. | 0.00 % | $ 0.00 | 0 To 0 | None |

<u>Priority Creditors</u>: [as defined in 11 U.S.C. §507]
1. __NONE__  Total Due  $_____

<u>Unsecured Creditors</u>: Pay $ 26.71 /month (Months 1 to 15), $ 221.71/month (Months 16 to 60).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: <u>Debtor will continue to pay her 1st mortgage Green Tree Servicing LLC, (Account No.XXX-7859) on her homestead property located at 7430 West 15th Ave., Hialeah, FL 33014 outside of the plan. Debtor will continue to pay her Auto loan with American Honda Finance (Account No.XXX-5538) for the 2009 Honda CR-V) outside of the plan. The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.</u>

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

LF-31 (rev. 06/02/08)

_/s/ Maribel Lopez_  
Debtor  
Date: 11/21/2014

Joint Debtor  
Date:_____

LF-31 (rev. 06/02/08)