UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

                                                 Case No. 14-29976-LMI

Maribel Lopez                                       Chapter 13
      Debtor                /

**CERTIFICATE OF SERVICE**

       **I HEREBY CERTIFY,** that a true and correct copy of the Objection on Negative Notice to Green Tree Servicing, LLC all interested parties on July 22, 2015 as follows:

Electronically:

Nancy N. Neidich, Trustee

Via First Class Mail:

Debtor, Maribel Lopez
7430 W 15th Avenue
Hialeah, FL 33014-3825

Green Tree Servicing LLC
c/o Keith Anderson, President
345 St. Peter ST
St. Paul, MN 55102

Green Tree Servicing, LLC
c/o CT Corporation System, Registered Agent
2390 E. Camelback Road
Phoenix, AZ 85016

Green Tree Servicing, LLC
Amanda Weber, Bankruptcy Representative
P.O. Box 6154
Rapid City, SD 57709-6154
POC.TEAM@GT-CS.COM

                                        Respectfully Submitted:
                                        **ROBERT SANCHEZ, P.A.**
                                        Attorney for Debtor
                                        355 West 49th Street
                                        Hialeah, FL 33012
                                        Tel. 305-687-8008

                                        By:/s/ Robert Sanchez_____
                                        Robert Sanchez, Esq., FBN#0442161